**Fill in this information to identify your case:**

Debtor: JULIA ROSALES
First Name / Middle Name / Last Name

Debtor 2 (Spouse If filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): 18-78239

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | HECTOR SANDOVAL (Name)<br>78 ORMONDE BLVD (Number Street)<br>VALLEY STREAM    NY    11580 (City State ZIP Code) | USE AND OCCUPANCY<br>78 ORMONDE BLVD<br>VALLEY STREAM, NY 11580 |
| 2.2 | ELMER CRUZ (Name)<br>78 ORMONDE BLVD (Number Street)<br>VALLEY STREAM    NY    11580 (City State ZIP Code) | USE AND OCCUPANCY<br>78 ORMONDE BLVD<br>VALLEY STREAM, NY 11580 |
| 2.3 | (Name)<br>(Number Street)<br>(City State ZIP Code) | |
| 2.4 | (Name)<br>(Number Street)<br>(City State ZIP Code) | |
| 2.5 | (Name)<br>(Number Street)<br>(City State ZIP Code) | |

Official Form 106G          Schedule G: Executory Contracts and Unexpired Leases          page 1 of

Debtor 1  JULIA                              ROSALES                    Case number *(if known)* 18-78239
         First Name   Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

2._
Name
Number   Street
City            State    ZIP Code

2._
Name
Number   Street
City            State    ZIP Code

2._
Name
Number   Street
City            State    ZIP Code

2._
Name
Number   Street
City            State    ZIP Code

2._
Name
Number   Street
City            State    ZIP Code

2._
Name
Number   Street
City            State    ZIP Code

2._
Name
Number   Street
City            State    ZIP Code

2._
Name
Number   Street
City            State    ZIP Code