| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | JULIA ROSALES |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | Eastern District of New York |
| Case number (If known) | 18-78239 |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**   ☒ No

   Do not list Debtor 1 and Debtor 2.
   
   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☒ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $_____3,200.00

   **If not included in line 4:**

   4a. Real estate taxes     4a. $_____0
   4b. Property, homeowner's, or renter's insurance     4b. $_____0
   4c. Home maintenance, repair, and upkeep expenses     4c. $_____0
   4d. Homeowner's association or condominium dues     4d. $_____0

Debtor 1   JULIA _____ ROSALES _____   Case number (*if known*) 18-78239 _____
          First Name   Middle Name   Last Name

|  |  | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans        5. $_____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas        6a. $_____235.00_____
   - 6b. Water, sewer, garbage collection        6b. $_____
   - 6c. Telephone, cell phone, Internet, satellite, and cable services        6c. $_____80.00_____
   - 6d. Other. Specify: _____        6d. $_____

7. **Food and housekeeping supplies**        7. $_____250.00_____

8. **Childcare and children's education costs**        8. $_____0_____

9. **Clothing, laundry, and dry cleaning**        9. $_____0_____

10. **Personal care products and services**        10. $_____40.00_____

11. **Medical and dental expenses**        11. $_____0_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.        12. $_____0_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**        13. $_____40.00_____

14. **Charitable contributions and religious donations**        14. $_____0_____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance        15a. $_____0_____
    - 15b. Health insurance        15b. $_____0_____
    - 15c. Vehicle insurance        15c. $_____0_____
    - 15d. Other insurance. Specify:_____        15d. $_____0_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____        16. $_____0_____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1        17a. $_____0_____
    - 17b. Car payments for Vehicle 2        17b. $_____0_____
    - 17c. Other. Specify:_____        17c. $_____0_____
    - 17d. Other. Specify:_____        17d. $_____0_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**        18. $_____0_____

19. **Other payments you make to support others who do not live with you.**
    Specify:_____        19. $_____0_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    - 20a. Mortgages on other property        20a. $_____
    - 20b. Real estate taxes        20b. $_____0_____
    - 20c. Property, homeowner's, or renter's insurance        20c. $_____0_____
    - 20d. Maintenance, repair, and upkeep expenses        20d. $_____0_____
    - 20e. Homeowner's association or condominium dues        20e. $_____0_____

Official Form 106J        **Schedule J: Your Expenses**        page **2**

Debtor 1   JULIA_____   ROSALES_____     Case number *(if known)*__18-78239_____
         First Name    Middle Name    Last Name

21. **Other**. Specify: _____   21.   +$_____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.   22a.   $_____3,845.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.   $_____0

    22c. Add line 22a and 22b. The result is your monthly expenses.   22c.   $_____3,845.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.   $_____4658.00

    23b. Copy your monthly expenses from line 22c above.   23b.   −$_____

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.   23c.   $_____813.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ❏ No.
    ☑ Yes.   Explain here:   RAISED RENTS BY $100.00 AND BEGAN RECIEVING A FAMILY CONTRIBUTION FROM MY SON IN THE AMOUNT OF $850.OO MONTYHLY. THIS CHANGE STARTED DECEMBER 2018.